IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JENNIFER MARIE CHAPMAN,  )<br>                            )<br>     Plaintiff,          )<br>                            )<br>  vs.                       )<br>                            )<br>HONOLULU POLICE DEPARTMENT; )<br>DEPARTMENT OF HUMAN SERVICES; )<br>PAMELA NAKANUALA; and KYLE  )<br>ECHIBERI,                   )<br>                            )<br>     Defendants.           )<br>_____ ) | Civ. No. 20-00255 HG-WRP |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES (ECF No. 6)</u>

Findings and Recommendation having been filed and served on all parties on June 22, 2020, and no objections having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations To Deny Plaintiff's Application To Proceed Without Prepayment of Fees are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: July 13, 2020, Honolulu, Hawaii

Helen Gillmor
United States District Judge