IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JENNIFER MARIE CHAPMAN, | CV 20-00255 HG-WRP |
| Plaintiff, | |
| vs. | |
| HONOLULU POLICE DEPARTMENT; DEPARTMENT OF HUMAN SERVICES; PAMELA NAKANAULA; and KYLE ECHIBERI, | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE (ECF No. 17)

Findings and Recommendation having been filed and served on all parties on January 05, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendations To Dismiss This Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: January 26, 2021, Honolulu, Hawaii



Helen Gillmor
Senior United States District Judge

Jennifer Chapman v. Honolulu Police Dep't; Dep't of Hum. Servs.; Pamela Nakanaula; Kyle Echiberi, 20-cv-00255 HG-WRP, **Order Adopting Magistrate Judge's Findings and Recommendation to Dismiss this Action Without Prejudice (ECF No. 17)**